UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRINO REYES,<br><br>              Plaintiff,<br><br>       v.<br><br>NORQUEST SEAFOODS,<br><br>              Defendant. | CASE NO. C07-1550-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Summary Judgment as to Seaman Status (Dkt. No. 29), Plaintiff's Response (Dkt. No. 32), and Defendant's Reply (Dkt. No. 34). Plaintiff states that he "has no objection to dismissing Norquest Seafoods from this matter as a Defendant." (Pl.'s Resp. 1 (Dkt. No. 32).) Accordingly, Defendant Norquest Seafoods is hereby DISMISSED from this action with prejudice, and its Motion for Summary Judgment (Dkt. No. 29) is therefore STRICKEN as moot.

Plaintiff also requests that it be allowed "to file a First Amended Complaint naming B.L. Terry, LLC ("Terry") as a Defendant in this matter," and "that a new Summons issue by the Clerk of the Court against [Terry]," with the new complaint "deemed filed as of the date of the signing of the Order." (Pl.'s Resp. 1–2 (Dkt. No. 32).) Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, this

ORDER – 1

1  request is hereby GRANTED. Plaintiff shall file its First Amended Complaint as a separate entry on the

2  docket, and the Clerk is directed to issue a new summons accordingly.

3       SO ORDERED this 5th day of March, 2008.

*[signature: John C. Coughenour]*

John C. Coughenour
United States District Judge

26  ORDER – 2