# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALEJANDRINO REYES,

    Plaintiff,

v.

B.L. TERRY, LLC,

    Defendant.

CASE NO. C07-1550-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to the Notice of Settlement (Dkt. No. 56) in this matter, and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. Accordingly, the Court hereby DENIES Defendant's Motion for Summary Judgment (Dkt. No. 4) as moot, and STRIKES the trial date set for May 11, 2009.

In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed with 30 days of the date of this Order.

MINUTE ORDER – 1

DATED this 9thth day of March, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
     Deputy Clerk

MINUTE ORDER – 2